Botie v Town of Babylon (2021 NY Slip Op 50234(U))

[*1]

Botie v Town of Babylon

2021 NY Slip Op 50234(U) [71 Misc 3d 128(A)]

Decided on March 18, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 18, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : TERRY JANE RUDERMAN, P.J., JERRY GARGUILO, ELIZABETH H.
EMERSON, JJ

2019-1830 S C

Philip Botie, Respondent, 
against
Town of Babylon, Appellant. 

Babylon Town Attorney (Eckor Joseph of counsel), for appellant.
Philip Botie, respondent pro se.

Appeal from a judgment of the District Court of Suffolk County, Third District (C. Stephen
Hackeling, J.), entered June 27, 2019. The judgment, after a nonjury trial, dismissed the
action.

ORDERED that the appeal is dismissed. 
Plaintiff commenced this small claims action to recover the sum of $4,580.28 for defendant's
failure to pay a judgment that plaintiff had obtained against it and for defendant's alleged
malicious prosecution of a parking violation against plaintiff. Following a nonjury trial, the
District Court dismissed the action. Defendant appeals. 
As the action against defendant was dismissed, defendant is not aggrieved by the judgment
and its appeal cannot lie (see CPLR 5511; Mixon v TBV, Inc., 76 AD3d 144,
156-157 [2010]). This is so even though defendant disagrees with particular findings supporting
the judgment in its favor (see Pennsylvania Gen. Ins. Co. v Austin Powder Co., 68 NY2d
465, 472-473 [1986]; Parochial Bus Sys. v Board of Educ. of City of NY, 60 NY2d 539,
545 [1983]; Matter of Allstate Ins. Co. v Dewar, 186 AD3d 826, 827 [2020]; Peoples
Natl. Bank of Rockland County v Weiner, 100 AD2d 841, 841 [1984]).
Accordingly, the appeal is dismissed. 
RUDERMAN, P.J., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 18, 2021